EARL WILLAMETZ ET AL. *v.* IRVING H. LAMPMAN ET AL.

The motion by the defendant Bernard I. Friedman et al. to dismiss the purported appeal of the plaintiffs from the Superior Court in Hartford County is granted.

The motion by the plaintiffs for review and consolidation in the appeal from the Superior Court in Hartford County is dismissed.

*John F. Scully,* for the appellees (defendants).

*John S. Brice,* for the appellants (plaintiffs).

Argued November 3—decided November 3, 1970

MARY L. B. PHINNEY *v.* JOSEPH W. ROSGEN, EXECUTOR (ESTATE OF EDITH M. B. JONES)

The motion by the plaintiff for an order to make a finding in the appeal from the Superior Court in Litchfield County is denied.

*Clifton F. Weidlich,* in support of the motion.

Submitted September 1—decided November 3, 1970

AVIS RENT A CAR SYSTEMS *v.* CROWN HIGH CORPORATION

The motion by the defendant for review in the appeal from the Court of Common Pleas in New London County is denied.

The motion by the plaintiff to dismiss the defendant's motion for review in the appeal from the Court of Common Pleas in New London County is dismissed.

*Stephen I. Traub,* for the defendant.

*Thomas B. Wilson,* for the plaintiff.